AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-cr-00096 |
| Lauren Handy, et al. | ) Assigned To : Kollar-Kotelly, Colleen |
| | ) Assign. Date : 3/24/2022 |
| | ) Description: INDICTMENT (B) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jay Smith (aka Juanito Pichardo)
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 241 (Conspiracy Against Rights)
18 U.S.C. §§ 248(a)(1), 2 (Clinic Access Obstruction)

Zia M. Faruqui
2022.03.24 17:26:27
-04'00'

Date: 03/24/2022

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.        HON. ZIA M. FARUQUI
                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)*  3/24/2022 , and the person was arrested on *(date)*  3-30-2022
at *(city and state)*  Freeport, NY

Date: 3-30-2022

*Arresting officer's signature*

Rasul Chew  Special Agent
*Printed name and title*