UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  v.<br><br>JAY SMITH,<br><br>  Defendant. | Case No. 22-CR-96 (CKK) |

### UNITED STATES' MOTION TO VACATE MOTION DISMISS INDICTMENT WITH PREJUDICE PURSUANT TO FEDERAL RULE CRIMINAL PROCEDURE  48(a)

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to vacate its prior motion to dismiss indictment.  Because judgment in this case was final and there was no pending appeal, on the guidance of the Office of the United States Pardon Attorney, the prior motion is unnecessary for the January 23, 2025, grant of pardon and commutation to take effect.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866


*/s/Elizabeth Aloi*
ELIZABETH ANN ALOI
Assistant United States Attorney
D.C. Bar No. 1015864
601 D Street, NW
Washington, D.C. 20530
Elizabeth.Aloi@usdoj.gov
(202) 252-7212

1