## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAY SMITH,<br><br>Defendant. | Case No. 22-96-3 (CKK) |

## ORDER
(January 31, 2025)

On January 25, 2025, the United States filed its [674] Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule of Criminal Procedure 48(a) ("Motion to Dismiss Pursuant to Rule 48(a)). On January 30, 2025, the United States filed its [676] Motion to Vacate the Government's Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule of Criminal Procedure 48(a) ("Motion to Vacate"). The Government's Motion to Vacate is treated by this Court as a motion to withdraw the Government's [674] Motion to Dismiss Pursuant to Rule 48(a). Accordingly, it is this 31st day of January 2025,

ORDERED that the Government's [676] Motion to Vacate is GRANTED, and the Government's [674] Motion to Dismiss Pursuant to Rule 48(a) shall be indicated on the docket as WITHDRAWN.

/s/ Colleen Kollar-Kotelly
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE